took no part in the consideration or decision of this application. *Mr. L. E. Gwinn* for petitioner. *Solicitor General Biddle, Assistant Attorney General Berge,* and *Messrs. George F. Kneip, Fred E. Strine,* and *W. Marvin Smith* for the United States.

No. 851. CUNO ENGINEERING CORPORATION *v.* AUTOMATIC DEVICES CORPORATION. April 14, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted, limited to the question whether claims 2, 3, and 11, of the Mead patent No. 1,736,544 are valid. *Mr. Roberts B. Larson* for petitioner.

No. 826. UNITED STATES *v.* KALES. April 28, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. MR. CHIEF JUSTICE HUGHES took no part in the consideration and decision of this application. *Solicitor General Biddle* for the United States. *Mr. Hal H. Smith* for respondent.

No. 827. ODOM ET AL. *v.* UNITED STATES. See *ante,* p. 544.

No. 903. UNITED STATES *v.* PINK, SUPERINTENDENT OF INSURANCE, ET AL. May 5, 1941. Petition for writ of certiorari to the Supreme Court of New York granted. MR. JUSTICE REED and MR. JUSTICE MURPHY took no part in the consideration and decision of this application. *Solicitor General Biddle* for the United States. *Mr. John M. Downes* for respondents. *Mr. Albert G. Avery* filed a brief on behalf of Frederick H. Cattley et al.,

554

as *amici curiae,* in support of respondents.

No. 869. TINKOFF ET AL. *v.* GOLD, TRUSTEE, ET AL. See *ante,* p. 545.

No. 919. STEELEY *v.* KURN ET AL., TRUSTEES. See *ante,* p. 545.

No. 686. REITZ *v.* MEALEY, COMMISSIONER OF MOTOR VEHICLES. See *post,* p. 597.

No. 906. UNITED STATES *v.* TEXAS ET AL. May 12, 1941. Petition for writ of certiorari to the Court of Civil Appeals, 2nd Judicial District, of Texas, granted. *Solicitor General Biddle* for the United States.

No. 909. UNITED STATES *v.* KANSAS FLOUR MILLS CORP. May 12, 1941. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Biddle* for the United States. *Mr. Phil D. Morelock* for respondent.

No. 926. PARKER, DEPUTY COMMISSIONER, *v.* MOTOR BOAT SALES, INC. May 12, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Solicitor General Biddle* for petitioner. *Mr. Minitree Jones Fulton* for respondent.